USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/08/08



MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

JEFFREY S. DANTOWITZ
Room 2-121
Tel.: (212-788-0939)
Fax: (212-788-0939)
(not for service)

RECEIVED
AUG - 8 2008
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

August 7, 2008

Hon. Robert P. Patterson
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   Myrie v. Bailey, et al.
      08 Civ. 3278 (RPP)

Dear Judge Patterson:

This office is in receipt of the Summons and Amended Complaint in this action, in which plaintiff pro se alleges that he was denied adequate access to the law library at Rikers Island. As of this writing, only defendants Scantlebury and Sheard have been served, and it appears that defendant Bailey has not yet been served. Although this office has not yet interviewed any of the defendants, it is likely that we will undertake their representation pursuant to N.Y. Gen Mun. Law § 50-k.

I write to respectfully request that the time for defendants to respond to the Amended Complaint be adjourned until September 12, 2008. This extension should allow sufficient time for all defendants to be served, and for this office to interview the defendants, make a representation decision, investigate the allegations in the pleadings and its numerous attachments, and prepare an appropriate response. As plaintiff is currently incarcerated, I have not be able to elicit his consent to this request, which is the first requested extension defendants have made.

Thank you for your consideration of this request.

Respectfully,

Jeffrey S. Dantowitz
Assistant Corporation Counsel

cc:   Raymond Myrie
      (by mail)

*[Handwritten endorsement: Application granted. So ordered. Robert P. Patterson U.S.D.J. 8/8/08]*