UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAYMOND MYRIE, JR.,

                Plaintiff,        08 CV 3278(RPP)

                                    ORDER

    V.

EMMANUEL BAILEY,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/09
```

       During a conference held on February 11, 2009, the parties agreed to Pro Se Mediation on the record. The plaintiff made an oral request for volunteer counsel to represent him for mediation, the Pro Se Office of this Court is directed to seek volunteer counsel for plaintiff in accordance with the Pro Bono Panel's procedures.

Dated: March 19, 2009
       New York, New York

                                              SO ORDERED.

                                        ROBERT P. PATTERSON, JR.
                                               U.S.D.J.

cc: Raymond Myrie
    Chever Brooks, Corporation Counsel
    Pro Se Office