USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 12, 2009

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
**Raymond Myrie, Jr.**,

        Plaintiff(s),   :   1:08-cv-03278-RPP

    -against-   :   **ORDER**

**Emmanuel Bailey, et al,**

        Defendant(s).   :
------------------------------------------------------x

**ROBERT P. PATTERSON, JR., U.S.D.J.**

The pre-trial conference originally scheduled for Tuesday June 16, 2009 is adjourned to Tuesday June 30, 2009 at 9:30 am.

IT IS SO ORDERED.

Dated: New York, New York
June 12, 2009

*/s/ Robert P. Patterson*
Robert P. Patterson, Jr.
U.S.D.J.

1

Copy of this Order sent to:

**Raymond Myrie, Jr.**
364 E. 197th Street, Apt #2B
Bronx, NY 10458
PRO SE

Attorney for the Defendants

**Lesley Ann Berson**
New York City Law Department
100 Church Street
New York, NY 10007
(212)-788-0408
Fax: (212)-788-0940
Email: lberson@law.nyc.gov