UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RAYMOND MYRIE, JR.,

                Plaintiff,

    - against -

EMMANUEL BAILEY, et al.,

                Defendant.
-------------------------------------------------------------X

08 Civ. 3278 (RPP)

**ORDER**

**ROBERT P. PATTERSON, JR., U.S.D.J.**

    Plaintiff having failed to appear for a Court ordered Pretrial Conference on July 8, 2009 and having failed to advise the Court as to his present address by August 7, 2009, as ordered by the Court on July 8, 2009, this case is hereby dismissed without prejudice.

    IT IS SO ORDERED.

Dated: New York, New York
       August 14, 2009

Robert P. Patterson, Jr.
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/14/09

Copy of this Order mailed to:

Raymond Myrie, Jr.
364 E. 197th Street, Apt #2B
Bronx, NY 10458

*Plaintiff, Pro Se*

Copies of this Order faxed to:

Lesley Ann Berson
New York City Law Department
100 Church Street
New York, NY 10007
(212)-788-0408
Fax: (212)-788-0940

Chevon Andre Brooks
NYC Law Department
100 Church Street
Room 3-235
New York, NY 10007
(212) 788-0874
Fax: (212) 788-0367

*Counsel for Defendants*